# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>TERRANCE L. SYKES | **JUDGMENT IN A CRIMINAL CASE**<br>(For a Petty Offense)-- Short Form<br>CASE NUMBER: 3:09mj66/MD<br><br>Waived<br>Defendant's Attorney |

☐ **THE DEFENDANT** pled guilty to count(s) One of the Amended Information.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| F.S.S. 322.34(1) and 18 U.S.C. §§ 7 & 13 | Driving a Motor Vehicle Without Knowledge that his License Was Suspended | 12/25/08 | One |

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fine/SMA shall be paid no later than April 15, 2009.

| Assessment | Fine | Restitution |
|---|---|---|
| $ 5.00 | $ 60.00 | $ 0.00 |

Date of Imposition of Sentence - 3/23/09

*Miles Davis* (signature)

Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: **3-23-2009**